# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DRL ENTERPRISES, INC., and REPUBLIC TOBACCO L.P., ) ) ) Plaintiffs, ) ) v. ) ) GOOD TIMES USA, LLC, ) ) Defendant. ) ) ) | Judge Robert W. Gettleman <br><br> Magistrate Judge Maria Valdez <br><br> Case No. 11-CV-02779 |

## MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs DRL Enterprises, Inc. and Republic Tobacco L.P. move this Court for the entry of a Consent Judgment. In support of this motion, Plaintiffs state as follows:

1. On April 26, 2011, Plaintiffs filed a complaint against Defendant under the Lanham Act, 15 U.S.C. § 1051 *et seq.*, and state law, for injunctive relief and damages.

2. On May 2, 2011, Defendant was served with a copy of the complaint and summons. Defendant filed an Answer to the Complaint on June 15, 2011.

3. With the assistance of Magistrate Judge Valdez, the parties have agreed to settle this matter by entry of the Consent Judgment attached hereto as Exhibit A.

**WHEREFORE**, the Plaintiffs request the entry of Consent Judgment.

Dated: January 20, 2012                    /s/ Antony J. McShane
                                           One of the Attorneys for Plaintiffs,
                                           DRL Enterprises, Inc. and
                                           Republic Tobacco, L.P.

Antony J. McShane
Katherine Dennis Nye
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

**CERTIFICATE OF SERVICE**

      I, Katherine Dennis Nye, an attorney, state that I served a copy of the foregoing *Agreed Motion for Entry of Consent Judgment* upon:

Barry Marc Boren
Law Office of Barry M. Boren
9100 S. Dadeland Blvd., Suite 1809
Miami, FL 33156

Ronald R. Rassin
Gordon & Rappold LLC
20 S. Clark Street, Suite 2600
Chicago, IL 60603

by the ECF system.

Dated:  January 20, 2012                                /s/ Katherine Dennis Nye
                                                           Katherine Dennis Nye

NGEDOCS: 1868114.1