

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DRL ENTERPRISES, INC., and REPUBLIC TOBACCO L.P., <br><br> Plaintiffs, <br><br> v. <br><br> GOOD TIMES USA, LLC, <br><br> Defendant. | Judge Robert W. Gettleman <br><br> Magistrate Judge Maria Valdez <br><br> Case No. 11-CV-02779 |

## CONSENT JUDGMENT

Plaintiffs DRL Enterprises, Inc. ("DRL Enterprises") and Republic Tobacco, L.P. and Defendant Good Times USA, LLC ("Good Times") having agreed on and having stipulated to the entry of judgment in this case, and without the right of appeal:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338(a) and (b) and 28 U.S.C. § 1367.

2. Good Times acknowledges and agrees that DRL Enterprises has the exclusive right under United States law to use the marks 1.0, 1.25 and 1.5, as depicted and represented in United States Patent and Trademark Office Registration Nos. 1,481,006, 1,331,207 and 1,328,866 in connection with cigarette papers.

3. Good Times shall not use the designations 1.0, 1.25, or 1.5, as or as part of, a trade name, trademark, service mark, domain name, a description of size, or otherwise in connection with the manufacture, packaging, sale, distribution or promotion of cigarette papers,



cigarettes or other tobacco products or smokers' articles. Good Times shall not, directly or indirectly, challenge, contest or oppose DRL Enterprises' (or any of its successors) claim of trademark rights in the designations 1.0, 1.25, or 1.5 as used in connection with cigarette papers, cigarettes or other tobacco products or smokers' articles.

4. Good Times shall provide to Plaintiffs emails, letters, invoices, and other documents sufficient to identify the source (*i.e.*, manufacturer, packager, and shipper) of its cigarette papers bearing the 1.25 mark within ten (10) days of entry of this Consent Judgment.

5. This Consent Judgment shall be binding upon the parties, as well as upon their respective successors, assigns, subsidiaries, and divisions, and any others acting in concert or participating with them.

6. The parties hereby voluntarily consent to have this court enter this Consent Judgment.

7. Each party shall bear its own fees and costs arising from this litigation.

8. This Court shall retain jurisdiction over this matter for purposes of enforcing paragraph 4 of this Consent Judgment and for the punishment of any violations thereof. The parties stipulate to the referral of any such enforcement action to Magistrate Judge Valdez.

_____
United States District Court Judge
Dated: January 25, 2012



The above Consent Judgment is agreed to as to form and substance.

DRL Enterprises, Inc.

By: _____
Name: Seth I. Gold
Title: EVP
Date: January 4, 2012

Republic Tobacco, L.P.

By: _____
Name: Seth I. Gold
Title: EVP
Date: January 4, 2012

Good Times USA, LLC

By: _____
Name: Joe Teboshe
Title: Pres
Date: 12-21-2011